IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KRYSTAL LYNN BURKE,<br><br>                Defendant. | 4:13CR3068<br><br>MEMORANDUM AND ORDER |

The defendant has filed a pro se motion for release and for appointment of new counsel. The defendant's request for release has already been granted. However, she claims her counsel is not responsive and has a conflict of interest. Those issues remain pending.

Accordingly,

IT IS ORDERED:

1)      That portion of defendant's motion which requests release to treatment is denied as moot.

2)      As to the issue of counsel representation, defense counsel shall confer with his client and file a response to the motion, including any motion to withdraw due to a conflict of interest or for any other reason, by no later than June 13, 2013.

June 7, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge