IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>KRYSTAL LYNN BURKE,<br><br>     Defendant. | 4:13CR3068<br><br>**MEMORANDUM AND ORDER** |

  The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. She appeared before the undersigned magistrate judge today for a change of plea hearing, and during the plea colloquy, stated her counsel had failed to sufficiently review this case. She expressed her interest in arguing for a lower sentence, but she had signed a Rule 11(c)(1)(C) plea agreement.  She denies her counsel's statements regarding the extensive advice and consultation he has provided during the course of this case.

  The court discontinued the plea hearing and, on its own motion, hereby appoints new counsel.  By doing so, the court is not in any way indicating John F. Aman failed to adequately represent the defendant.   The evidence is wholly to the contrary.

  IT IS ORDERED:

1)  The clerk shall forward this memorandum and order to the Federal Public Defender.

2)  The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.  **The court recommends appointment of an "A" panel attorney.**

3)  The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

4)  Upon the entry of appearance by new counsel, John F. Aman is  withdrawn as counsel, and the clerk shall delete him from any future ECF notifications herein.

December 20, 2013.           BY THE COURT:
                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge