IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRYSTAL LYNN BURKE,<br><br>　　　　　　Defendant. | **4:13CR3068**<br><br>**ORDER** |

IT IS ORDERED that:

1. The plaintiff's motion to continue sentencing date (filing 74) is granted.

2. Defendant Krystal Lynn Burke's sentencing is continued to Thursday, May 22, 2014, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 1st day of May, 2014.

BY THE COURT:

_[signature]_
John M. Gerrard
United States District Judge