IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KRYSTAL LYNN BURKE,<br><br>　　　　　Defendant. | 4:13-CR-3068<br><br>**FINAL ORDER OF FORFEITURE** |

　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 96. On March 19, 2014, the Court entered a preliminary order of forfeiture (filing 66) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. § 841, and her admission of the forfeiture allegation contained in the information (filing 42). By way of the preliminary order, the defendant forfeited to the United States her interest in $388.00 in United States currency.

　　　As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 28, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 95) was filed on July 22, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The plaintiff's Motion for Final Order of Forfeiture (filing 96) is granted.

　　　2.　　All right, title, and interest in and to the $388.00 in United States currency are hereby forever barred and foreclosed.

　　　3.　　The above property is forfeited to the plaintiff.

　　　4.　　The plaintiff is directed to dispose of the property described above in accordance with law.

- 2 -

DATED this 11th day of August, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge