## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

KRYSTAL LYNN BURKE,

              Defendant.

**4:13CR3068**

**ORDER**

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 117) is granted.

2. Defendant Krystal Lynn Burke's violation of supervised release hearing is continued to April 20, 2018, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 16th day of January, 2018.

BY THE COURT:

_____

John M. Gerrard
United States District Judge