IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13CR3068 |
| vs. | |
| KRYSTAL LYNN BURKE, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Disposition Hearing (filing 119) is granted.

2. Defendant Krystal Lynn Burke's violation of supervised release hearing is continued to June 1, 2018, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge